STEPHEN J. FOONDOS (SBN: 148982)
DANNY A. BARAK (SBN: 252066)
**UNITED LAW CENTER**
3013 Douglas Blvd., Suite 200
Roseville, CA 95661
Tel: (916) 367-0630
Fax: (916) 265-9000

Attorneys for Plaintiffs,
LINDA VINCENT as executrix of the estate of JOHN G. VINCENT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA VINCENT as Executrix of the Estate of JOHN G. VINCENT<br><br>Plaintiffs,<br><br>v.<br><br>PNC MORTGAGE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:14-cv-00833-KJM-CMK<br><br>[~~PROPOSED~~] **ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE** |

GOOD CAUSE APPEARING, and pursuant to the Stipulation between Plaintiff LINDA VINCENT, as Executrix of the Estate of JOHN G. VINCENT, and Defendant PNC BANK, N.A., the Court's Minute Order of September 24, 2015 setting a Further Settlement Conference is modified as follows:

The Mandatory Settlement Conference set for December 17, 2015 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund F. Brennan is hereby continued to March 31, 2016 at 10:00 a.m. in Courtroom 8 before Magistrate Judge Edmund Brennan.

IT IS SO ORDERED.

DATED:  December 14, 2015.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE