UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA VINCENT as Executrix of the Estate of JOHN G. VINCENT,

    Plaintiff,

  v.

PNC MORTGAGE, INC. and Does 1 through 50, inclusive,

    Defendants.

No. 2:14-cv-0833-KJM-CMK

ORDER RE SETTLEMENT & DISPOSITION

    The case was before the court for a further settlement conference conducted on March 31, 2016. Pursuant to the representations by counsel for the parties, the court has determined that the matter has settled.

    As represented by the parties and as stated on the record, dispositional documents will be filed not later than April 7, 2016.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

    IT IS SO ORDERED.

DATED: April 4, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE